# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BART W. WOODARD**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #119498**

v.　　　　　　　　　Case No. 4:21-CV-00464-LPR

**LESLIE RUTLEDGE**　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## ORDER

Plaintiff Bart W. Woodard filed this *pro se* action challenging the legality of Arkansas Senate Bill 544.[1] On June 3, 2021, the Court denied Mr. Woodard's Motion to Proceed *In Forma Pauperis* because Mr. Woodard's Certificate of Inmate Account and Assets indicated that Mr. Woodard had $3,210 in his prison account.[2] The Court directed Mr. Woodard to pay the $402 filing fee within 30 days of the June 3 Order.[3] The Court advised Mr. Woodard that if he did not do so, his Complaint would be dismissed pursuant to Local Rule 5.5(c)(2).[4]

Mr. Woodard has not paid the filing fee or otherwise responded to the June 3 Order. Accordingly, this case is dismissed without prejudice pursuant to Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

---

[1] Pl.'s Compl. (Doc. 2).

[2] Court's Order Denying IFP Motion (Doc. 5).

[3] *Id*. at 1-2.

[4] Local Rule 5.5(c)(2) provides:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice**.** Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 15th day of July, 2021.

                                                 _____
                                                 LEE P. RUDOFSKY
                                                 UNITED STATES DISTRICT JUDGE